IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL GRAHAM**                                          **PETITIONER**
Reg. No. 16254-028

**v.**                              **CASE NO. 2:25-CV-00240-BSM**

**C. HUMPHREY**
Warden, Forrest City Correctional Institution              **RESPONDENT**

## ORDER

Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc.

No. 5] is adopted.  Michael Graham's petition is dismissed without prejudice and his case is

closed.

IT IS SO ORDERED this 11th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE