**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MICHAEL GRAHAM**                                          **PETITIONER**
Reg. No. 16254-028

**v.**                        **CASE NO. 2:25-CV-00240-BSM**

**C. HUMPHREY**
Warden, Forrest City Correctional Institution          **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE